No. 666. LUCAS *v.* RAGEN, WARDEN. February 11, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 680. EATON *v.* ILLINOIS. February 11, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 685. BRADFORD *v.* NIERSTHEIMER, WARDEN. February 11, 1946. Petition for writ of certiorari to the Circuit Court of Randolph County, Illinois, denied.

No. 688. DUNCAN *v.* RAGEN, WARDEN. February 11, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 694. ROLLAND *v.* RAGEN, WARDEN. February 11, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 713. BESSENHOFFER *v.* RAGEN, WARDEN. February 11, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 350. ALL SERVICE LAUNDRY CORP. *v.* PHILLIPS, ADMINISTRATRIX, ET AL. February 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Stanley I. Posner, Henry J. Fox* and *Albert E. Arent* for petitioner. *James L. Goldwater* for respondents.